IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-503 |
| | § | |
| JASON GANDY | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 49). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. Rearraignment is set for **May 29, 2014, at 9:00 a.m.**

SIGNED on April 4, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge