IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. H-12-503 |
| | § | |
| JASON GANDY | § | |

## O R D E R

The defendant filed an unopposed motion for continuance, (Docket Entry No. 65). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
| --- | --- |
| Motions are to be filed by: | March 30, 2015 |
| Responses are to be filed by: | April 13, 2015 |
| Pretrial conference is reset to: | **April 20, 2015 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **April 27, 2015 at 9:00 a.m.** |

SIGNED on December 12, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge