IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-503 |
| | § | |
| JASON GANDY | § | |

## O R D E R

The defendant filed a motion for a hearing to determine competency. (Docket Entry No. 74). The motion is granted. The pretrial conference and jury selection deadlines are canceled. The court will hold the hearing on **October 13, 2015 at 9:00 a.m.**

SIGNED on September 30, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge