United States District Court
Southern District of Texas
**ENTERED**
December 01, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-12-503 |
| JASON GANDY | § | |

**O R D E R**

The defendant filed a motion to continue the hearing to determine competency. (Docket Entry No. 79). The motion is granted. The competency hearing is reset to **January 26, 2016 at 10:00 a.m.**

SIGNED on December 1, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge