IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-503 |
| | § | |
| JASON GANDY | § | |

**O R D E R**

The court held a status conference on December 5, 2016 following the results of the evaluation. The court finds that the interests of justice are served by granting a continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | January 10, 2017 |
| Responses are to be filed by: | January 24, 2017 |
| Suppression Hearing to be set for: | **February 14, 2017, at 10:00 a.m.** |
| Pretrial conference is reset to**:** | **June 7, 2017 at 9:00 a.m.** |
| Jury trial and selection are reset to: | **June 19, 2017 at 9:00 a.m.** |

SIGNED on December 8, 2016, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge