# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-503 |
| | § | |
| JASON GANDY | § | |

## O R D E R

The court held an interim status conference on April 27, 2017 following the filing of an appearance by new counsel and a joint motion to withdraw of existing counsel. The court grants the motion to withdrawal. The court finds that the interests of justice are served by granting a continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 11, 2017 |
| Responses are to be filed by: | September 25, 2017 |
| Pretrial conference is reset to**:** | **October 2, 2017 at 9:00 a.m.** |
| Jury trial and selection are reset to: | **October 10, 2017 at 9:00 a.m.** |

SIGNED on April 28, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge