# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                       Case Number: 4:12–cr–00503

Jason Daniel Gandy

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 1/4/2018

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion for Hearing – #102

Date:   December 8, 2017

David J. Bradley, Clerk