**IN THE UNITED STATES DISTRICT COURT**
for the
**Southern District of Texas**
**Houston Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 4:12-CR-00503** |
| | ) | |
| v. | ) | |
| | ) | |
| **JASON DANIEL GANDY,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On this day, came on to be heard Defendant's Motion Pursuant to Brady v. Maryland For Production of Exculpatory Evidence and, after due consideration of same, said motion is hereby GRANTED.

Signed this _____ day of _____, 2018

_____
CHIEF JUDGE LEE ROSENTHAL