# IN THE UNITED STATES DISTRICT COURT
for the
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:12-CR-00503 |
| | ) | |
| v. | ) | |
| | ) | |
| JASON DANIEL GANDY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT JASON DANIEL GANDY UNOPPOSED MOTION TO CONTINUE PRETRIAL CONFERENCE**

TO THE HONORABLE LEE ROSENTHAL, CHIEF DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS:

The Defendant, JASON DANIEL GANDY, in the above-styled and numbered cause, by and through the undersigned counsel, respectfully moves this Court for a continuance of the pretrial conference. In support of this motion, the Defendant would show the Court as follows:

1. JASON DANIEL GANDY is charged with one count of transportation of minors, sexual exploitation of minors, and transportation of child pornography. The pretrial conference is presently scheduled for Janaury 22, 2018 at 9:00 a.m. and the jury trial is set for January 29, 2018 at 9am.

2. Counsel is scheduled to be in Aspen, Colorado for required CLE hours that are due prior to April 2018.

3. The government and the defense are requesting to continue the pretrial conference to either January 16, 17, or 18th.

Respectfully submitted,

GRECO ♦ NEYLAND, PC

/s/ Dustan Neyland
DUSTAN NEYLAND
TBA NO. 24058019
701 N. POST OAK RD., SUITE 421
HOUSTON, TEXAS 77024
Tel: 713-972-1100
Fax: 713-972-1102

## CERTIFICATE OF CONFERENCE

On January 3, 2018, counsel for Defendant conferred with AUSA Sherri Zack concerning

her position on Defendant's Motion for Continuance and was informed that she is unopposed.

/s/ Dustan Neyland
DUSTAN NEYLAND

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2018, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to AUSA

Sherri Zack .

/s/ Dustan Neyland
DUSTAN NEYLAND