UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                  Case Number: 4:12−cr−00503

Jason Daniel Gandy

# NOTICE OF RESETTING

**A proceeding has been reset in this case as to Jason Daniel Gandy as set forth below.**

**Before the Honorable Lee H Rosenthal**

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 2/5/2018

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Pretrial Conference

Date: January 10, 2018                                          David J. Bradley, Clerk