USA-74-24B
(Rev. 05/01)

## CRIMINAL DOCKET

**HOUSTON DIVISION**

USAO Number: 2012R16687S

Magistrate Number: 12-503SS

SUPERSEDING INDICTMENT

No. 12-503SS

United States Courts
Southern District of Texas
FILED

FEB 15 2018

Filed _____ Clerk of Court  Judge: Rosenthal

**UNITED STATES of AMERICA**
**VS.**

ATTORNEYS:
RYAN K. PATRICK, U.S. ATTORNEY    (713) 567-9000
SHERRI L. ZACK, AUSA              (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| JASON DANIEL GANDY | ☐ | ☐ |

**CHARGE:**
**(TOTAL)**
**(COUNTS:)**
**( 7 )**

Ct. 1: Transportation of Minors [18 USC§ 2423(a)]
Ct. 2: Attempted Production of Child Pornography [18 USC § 2251(a)]
Ct. 3: Transportation of Child Pornography [18 USC §2252A(a)(1)]
Cts. 4-7: Sex Trafficking of Minors [18 USC § 1591(a)(1) and (a)(2), & (b)(2)]

**PENALTY:**

Cts. 1, 4-7: not less than 10 years up to life in prison, up to $250,000 fine, supervised release not less than 5 yearsup to life and a $100 SA.

Ct. 2: 15-30 years in prison, up to $250,000 fine, supervised release for any term of years not less 5 years or life and $100 SA.

Ct. 3: 5 – 20 years in prison, up to a $250,000 fine, supervised release for any term of years not less than 5 or Life and $100 SA

☑ In Jail FDC Custody, Houston, TX
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**