United States District Court
Southern District of Texas
**ENTERED**
February 16, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § | CRIMINAL NO: 12-503SS |
| v. | | |
| JASON DANIEL GANDY | | |

### ORDER FOR ISSUANCE OF NOTICE

A <u>SUPERSEDING INDICTMENT</u> has been filed against the defendant who is

☐ Released on Condition   ☐ Detained   ☑ In Custody   It is

ORDERED that a notice be issued for the appearance of said defendant 2/22/18

at 10:00 AM

SIGNED at Houston, Texas, on February 15, 20 18.

_____
UNITED STATES MAGISTRATE JUDGE