United States District Court
Southern District of Texas
**ENTERED**
February 26, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-503 |
| | § | |
| JASON GANDY | § | |

**O R D E R**

The court held a pretrial conference in this case on February 21, 2018 to address the scheduling issues for trial and the delay based on the superseding indictment filed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial.. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 11, 2018 |
| Responses are to be filed by: | May 25, 2018 |
| Interim Pretrial conference is set for: | **May 29, 2018 at 5:00 p.m.** |
| Final Pretrial conference is reset to**:** | **July 9, 2018 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **July 16, 2018 at 9:00 a.m.** |

SIGNED on February 26, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge