IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CRIMINAL NO. 4:12-cr-00503 |
| v. | § |
| | § |
| JASON DANIEL GANDY | § |
| Defendant. | § |

## NOTICE OF APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

    I, Louis Salmon am admitted or otherwise authorized to practice in this court, and I appear in this case as Co-counsel for: JASON DANIEL GANDY, regarding CRIMINAL NO. 4:12-cr-00503.

.

                                  Respectfully submitted,

                                  By:/s/ Louis Salmon
                                      Louis Salmon
                                      Attorney for Defendant
                                      SBN:  24041852
                                      FBN: 37301
                                      3919 Essex Ln. 131
                                      Houston, Texas 77027
                                      Telephone:  (832) 656-6222
                                      louisvalsalmon@gmail.com