United States District Court
Southern District of Texas
**ENTERED**
June 07, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-503 |
| | § | |
| JASON GANDY | § | |

**O R D E R**

Counsel for the defendant filed a motion to substitute as lead counsel. (Docket Entry No. 129). The motion is granted. Sean Buckley is designated lead counsel for the defendant. New counsel is no ground for a continuance and none will be granted.

SIGNED on June 7, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge