UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                          Case Number: 4:12−cr−00503

Jason Daniel Gandy

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Jason Daniel Gandy as set forth below.**

**Before the Honorable Lee H Rosenthal**

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 7/9/2018

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Final Pretrial Conference

Date: June 13, 2018                                         David J. Bradley, Clerk