IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 4:12-cr-503 |
| | § | (Hon. Lee H. Rosenthal) |
| JASON DANIEL GANDY | § | |

**PRELIMINARY DEFENSE EXHIBIT LIST**

Defense Exhibit No.          Description

1                            Massage Certifications of Jason Gandy

 

Respectfully submitted,

/s/ Sean Buckley
Sean Buckley
State Bar No. 24006675
770 South Post Oak Lane, Ste. 620
Houston, Texas  77056
TEL:  713-380-1220
FAX: 713-552-0746
Email: buckleyfirm@gmail.com

## **CERTIFICATE OF SERVICE**

I certify that on this the 12th day of July, 2018, I provided a true and correct copy of the foregoing Preliminary Defense Witness List to Counsel for the United States, via the ECF system.

                                                /s/ Sean Buckley
                                                Sean Buckley