IN THE UNITED STATES DISTRICT COURT
for the
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:12-CR-00503 |
| | ) | |
| v. | ) | |
| | ) | |
| **JASON DANIEL GANDY,** | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT JASON DANIEL GANDY UNOPPOSED MOTION TO ALLOW LOUIS SALMON TO WITHDRAW AS ATTORNEY OF RECORD

TO THE HONORABLE LEE ROSENTHAL, CHIEF DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS:

The Defendant, JASON DANIEL GANDY, in the above-styled and numbered cause, by and through the undersigned counsel, respectfully moves this Court to allow Attorney Louis Salmon to withdraw as attorney of record and will show the court as follows:

1. Defendant is represented by Attorney's Sean Buckley, Dustan Neyland, and Louis Salmon.

2. Allowing Louis Salmon to withdraw will not prejudice the defendant and will not delay the trial set for July 18, 2018.

3. It is the desire of the defendant to allow Mr. Salmon to withdraw.

Respectfully submitted,

GRECO ♦ NEYLAND, PC

/s/ Dustan Neyland
DUSTAN NEYLAND
TBA NO. 24058019

701 N. POST OAK RD., SUITE 425
HOUSTON, TEXAS 77024
Tel: 713-972-1100
Fax: 713-972-1102

/s/ Louis Salmon
LOUIS SALMON
TBA NO. 24041852
9898 Bissonett, Suite 627
HOUSTON, TEXAS 77036
Tel: 832-656-6222

CERTIFICATE OF CONFERENCE

On July 10, 2018, counsel for Defendant conferred with AUSA Sherri Zack concerning her position on Defendant's Motion to withdraw and was informed that she is unopposed.

/s/ Dustan Neyland
DUSTAN NEYLAND

CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to AUSA Sherri Zack .

/s/ Dustan Neyland
DUSTAN NEYLAND