UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Criminal No. H-12-503SS |
| | § | |
| JASON DANIEL GANDY, | § | |
| Defendant | § | |

**GOVERNMENT'S SUPLEMENTAL REQUESTED VOIR DIRE**

The United States of America, by and through Ryan K. Patrick, United States Attorney, Sherri L. Zack and Kimberly Ann Leo, Assistant United States Attorneys for the Southern District of Texas, requests that the following area of inquiry be addressed during voir dire of prospective jurors.

    Respectfully submitted,

    RYAN K. PATRICK
    United States Attorney

    *s/ Sherri L. Zack*
    Sherri L. Zack
    Kimberly Ann Leo
    Assistant United States Attorneys
    U.S. Attorney's Office, S.D. Texas
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    Tel: (713) 567-9000

## **GOVERNMENT'S SUPPLEMENTAL REQUESTED VOIR DIRE TOPIC**:

The charges against the Defendant stem from events that transpired more than six years ago. It is not for you, as potential jurors, to consider the time span between the dates of the crimes charged and the fact that the case is being tried now. The time span must not influence your deliberations in any way. Is there anyone in the panel that would consider this time frame and hold it against either party?

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent via ECF/PACER filing to counsel for the defendant, on this the 15th day of July, 2018.

                              *s/ Sherri L. Zack*
                              Sherri L. Zack
                              Assistant United States Attorney