# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. H-12-503
  )
One black HTC windows phone with cracked screen, )
located at HSI Houston, TX. )
  )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Texas_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____any USMJ_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: July 13, 2018, 5:42 pm.    _____[signature]_____
                                                            *Judge's signature*

City and state:  Houston, Texas                   Lee H. Rosenthal, U.S. District Judge
                                                            *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: _____

                                                                    _____
                                                                                    *Executing officer's signature*

                                                                    _____
                                                                                    *Printed name and title*

Case 4:12-cr-00503 Document 151-1 Filed in TXSD on 07/13/18 Page 2 of 4

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## ATTACHMENT A

A black HTC windows phone with a cracked screen. This phone is currently located at Homeland Security Investigations forensic lab at 126 Northpoint Drive Houston, TX 77060.



## ATTACHMENT B

## ITEMS TO BE SEARCHED FOR AND SEIZED

A. All files that depict digital photographs, videos and all visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, child erotica or pertaining to a sexual interest in children.

B. Any and all notes, documents, diaries or correspondence, in any format or medium (including e-mail messages, chat logs, electronic messages, text messages and other digital files) pertaining to the possession, transmission through interstate commerce including by United States Mails or by computer, receipt, or distribution of child pornography or the visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, child erotica or pertaining to a sexual interest in children, whether transmitted or received using computer, a facility or means of interstate commerce, common carrier, or mail.

C. Any and all records, documents, invoices and materials, in any format or medium (including e-mail messages, chat logs, text messages, electronic messages, text messages and other digital files) that concern online storage or other remote computer storage, including, but not limited to, software used to access such online storage or remote computer storage, user logs or archived data that show connection to such online storage or remote computer storage, and user logins and passwords for such online storage or remote computer storage.

D. Internet History and usage data to include websites visited, search terms, Cookies, account information, settings, and saved usage information for any and all installed applications, also known as "apps" on the device.

E. Any and all notes, documents, diaries or correspondence, in any format or medium (including e-mail messages, chat logs, electronic messages, text messages and other digital files) pertaining to the sex trafficking of minors or the transportation of a minor for purpose of prostitution or any sexual activity for which a person could be charged.