United States District Court
Southern District of Texas

**ENTERED**
July 23, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-503 |
| | § | |
| JASON DANIEL GANDY | § | |

## ORDER

To facilitate the deliberations of the jury, the Clerk is ordered to provide a lunch meal for the jury on July 23, 2018. This order is directed to the Financial Section for reimbursement to the Clerk providing the meal.

SIGNED on July 23, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge