United States District Court
Southern District of Texas
FILED
JUL 23 2018
David J. Bradley, Clerk of Court

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| United States of America<br>v.<br>Jason Daniel Gandy | Houston Division |
| | Criminal No. H-12-503 |
| | **EXHIBIT LIST** |
| Exhibit List of United States of America | AUSA: Sherri L. Zack, Kimberly A. Leo |
| Judge: Lee Rosenthal | Case Manager: Lisa Eddins | Reporter: F. Warner |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 1 | ACER aspire laptop (physical) | X | | X | 7/12/18 |
| 1a | Hard drive – Hitachi SK 500 160GM (physical) | X | | X | 7/12/18 |
| 1b | Picture with country of origin | X | | X | 7/12/18 |
| 2 | Selected images/information from Hitachi hard drive | X | | X | 7/12/18 |
| 2a | CP from internet (not defendant produced) | X | | X | 7/12/18 |
| 2b | Images of MV1 produced by defendant | X | | X | 7/12/18 |
| 2c | FTK report | X | | * | A 7/23 |
| 2d | IFF report (internet evidence finder) | X | | * | 11 |
| 2e | Registry reports | X | | X | 7/12/18 |
| 2f | Screen shots | X | | X | 7/12/18 |
| 3 | Withdrawn based on Order of the Court | | | | |
| 4 | Application for a U.S. passport (251911203) | X | | X | 7/12/18 |
| 5 | Application for a U.S. passport (139793051) | X | | X | 7/12/18 |
| 6 | Craigs list post 7/8/12 | X | | X | 7/12/18 |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 7 | Defendant's passport | X | | X | 7/12/18 |
| 8 | Defendant's passport application | X | | X | 7/12/18 |
| 9 | Travel reservation detail - Original | X | | X | 7/12/18 |
| 10 | Travel reservation detail - Actual | X | | X | 7/12/18 |
| 11 | Affidavit of parental consent for travel outside the United States of a minor child without both parents | X | | X | 7/12/18 |
| 12 | Jasonrmt.com screenshots | X | | X | 7/12/18 |
| 12a | Jasonrmt.com - Basic | X | | X | 7/12/18 |
| 12b | Jasonrmt.com - London | X | | X | 7/12/18 |
| 13 | Jail calls (Defendant's) | | | | |
| 14 | Customs declaration (Defendant) | X | | X | 7/12/18 |
| 15 | Customs declaration (Minor Victim #1) | X | | X | 7/12/18 |
| 16 | UK border documents | X | | X | 7/12/18 |
| 16a | UK border documents (Defendant) | X | | X | 7/12/18 |
| 16b | UK border documents (Minor Victim #1) | X | | X | 7/12/18 |
| 16c | UK Border documents/Detention Services | X | | X | 7/12/18 |
| 17 | <u>Birth Certificates</u> | X | | X | 7/12/18 |
| 17a | Minor Victim #1 – birth certificate | X | | X | 7/12/18 |
| 17b | Minor Victim #2 – birth certificate | X | | X | 7/12/18 |

| No. | Description | Offered | Objected | Admit'd | Date |
|---|---|---|---|---|---|
| 17c | Minor Victim #3 – birth certificate | X | | X | 7/12/18 |
| 17d | Minor Victim #4 – birth certificate | X | | X | 7/12/18 |
| 18 | IPhone airport #1 – Model A1303 3GS (black face) (physical) | | | | |
| 18a | Extraction Report | | | | |
| 19 | iPhone 4 airport #2 – Model A1387 (white face) (physical) | | | | |
| 19a | Extraction Report | | | | |
| 20 | Photo of MV #1 | X | | A'd* 7/15 (cb) | |
| 21 | Photo of MV #2 | | | | |
| 22 | Photo of MV #3 | X | | A'd* 7/11 (cb) | |
| 23 | Photo of MV #4 | X | | * | |
| 24 | Southwest Travel | | | | |
| 25 | School records Minor Victim #2 | X | | X | 7/12/18 |
| 26 | Sketch of Gandy Residence | X | | A'd* 7/19 no obj | |
| 27 | Massage Room Photograph | X | | A' * 7/19 no obj | |
| 28 | SANE Report of MV #1 | | | | |
| 29 | Defendant's jail emails | | | | |

*The defendant agrees to admission of these exhibits as long as there is a witness that gives context to the exhibit. The defendant does not object to the authenticity of these items.

The defendant is reserving his right to object to all other offered exhibits which has

not been marked as admitted by agreement herein.