IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | |
| VS. | § | CRIMINAL NO. H-12-503 |
| | § § § | |
| JASON DANIEL GANDY | § | |

## CERTIFICATION OF TRIAL EXHIBITS FOR JURY DELIBERATIONS

I have reviewed the trial exhibits to be presented to the Jury during the deliberations and find that they are correct.

Date: 7/23/18    _____
                  Attorney for Government

Date: 7/23/18    _____
                  Attorney for Defendant