IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-12-503 |
| JASON DANIEL GANDY | | |

JURY NOTE 1

Ask for definition or clarification of sex trafficking?

~~VOID~~

7-23-2018
Date

_____
FOREPERSON

*************************************************************************

_____
DATE

LEE H. ROSENTHAL
CHIEF UNITED STATES DISTRICT JUDGE

> JURY NOTES SHOULD BE USED IN NUMERICAL ORDER.
> JURY NOTES ARE A PERMANENT PART OF THE RECORD.
> JURY NOTES SHOULD BE RETAINED AND GIVEN
> TO THE COURT WITH THE CHARGE AT THE CONCLUSION OF DELIBERATIONS.