IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-12-503 |
| | § § § | |
| JASON DANIEL GANDY | § | |

JURY NOTE 2

Regarding Counts 5, 6, and 7, the third point regarding interstate or foreign commerce — does this specifically relate to the victim in the indictment, ie. does this question in no. 5 relate to victim #2.

7-23-2018
Date                                                         FOREPERSON

********************************************************************************

_____
_____
_____
_____
_____

DATE                                                         **LEE H. ROSENTHAL**
                                                             **CHIEF UNITED STATES DISTRICT JUDGE**

> JURY NOTES SHOULD BE USED IN NUMERICAL ORDER.
> JURY NOTES ARE A PERMANENT PART OF THE RECORD.
> JURY NOTES SHOULD BE RETAINED AND GIVEN
> TO THE COURT WITH THE CHARGE AT THE CONCLUSION OF DELIBERATIONS.