### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-12-503 |
| | § | |
| | § | |
| JASON DANIEL GANDY | § | |

### RESPONSE TO JURY QUESTION NUMBER TWO

Please refer to page 14 of the Jury Instructions as to whether Mr. Gandy's acts were "in or affected interstate or foreign commerce." Under the instructions for the third element of Counts 5, 6, and 7, you must find that the government has proved beyond a reasonable doubt that Mr. Gandy's acts involving or relating to the minor victims in each of these counts were in or affected interstate or foreign commerce, but the government need not prove that Mr. Gandy's acts specifically named the minor victims or required them to travel.

SIGNED on July 23, 2018,  at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge