IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § | CRIMINAL NO. H-12-503 |
| JASON DANIEL GANDY | § § | |

JURY NOTE 3

We have reached a verdict in
United States of America
vs.
Jason Daniel Gandy

_____

July 23, 2018
Date

_____
FOREPERSON

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_____
DATE

_____
**LEE H. ROSENTHAL**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

JURY NOTES SHOULD BE USED IN NUMERICAL ORDER.
JURY NOTES ARE A PERMANENT PART OF THE RECORD.
JURY NOTES SHOULD BE RETAINED AND GIVEN
TO THE COURT WITH THE CHARGE AT THE CONCLUSION OF DELIBERATIONS.