IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § | CRIMINAL NO. H-12-503 |
| JASON DANIEL GANDY | § | |

## VERDICT FORM

### COUNT ONE

We, the jury, unanimously find the Defendant, Jason Daniel Gandy

_____Guilty_____
"Guilty" or "Not Guilty"

### COUNT TWO

We, the jury, unanimously find the Defendant, Jason Daniel Gandy

_____Guilty_____
"Guilty" or "Not Guilty"

### COUNT THREE

We, the jury, unanimously find the Defendant, Jason Daniel Gandy

_____Guilty_____
"Guilty" or "Not Guilty"

### COUNT FOUR

We, the jury, unanimously find the Defendant, Jason Daniel Gandy

_____Guilty_____
"Guilty" or "Not Guilty"

## COUNT FIVE

We, the jury, unanimously find the Defendant, Jason Daniel Gandy

_____Guilty_____
"Guilty" or "Not Guilty"

## COUNT SIX

We, the jury, unanimously find the Defendant, Jason Daniel Gandy

_____Guilty_____
"Guilty" or "Not Guilty"

## COUNT SEVEN

We, the jury, unanimously find the Defendant, Jason Daniel Gandy

_____Guilty_____
"Guilty" or "Not Guilty"

_____    July 23, 2018
FOREPERSON                   DATE