United States District Court
Southern District of Texas
**ENTERED**
~~July 24,~~ 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America § § | |
| versus § § § | CRIMINAL H-12-503 |
| JASON DANIEL GANDY § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count __1-7ss__ a presentence report is ordered.

1. By **SEPTEMBER 17, 2018**, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By **OCTOBER 1, 2018** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By **OCTOBER 15, 2018** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **OCTOBER 25, 2018, at 10:00 a.m.**. (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

SIGNED on July 23, 2018 at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge

Copies:   United States Probation
          AUSA: Sherri Zack/Kim Leo
          Defense: Sean Buckley/Dustin Neyland
          Defendant is in custody.