IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-12-503 |
| | § § § | |
| JASON DANIEL GANDY | § | |

### CERTIFICATION OF WITHDRAWAL OF TRIAL EXHIBITS

By signing below, I acknowledge that I have withdrawn the following exhibits:

<u>ALL EXHIBITS ARE WITHDRAWN AND TO BE UPLOADED TO THE CM/ECF RECORD FOR APPEAL PURPOSES</u>.

Date: 7/23/2018          *Patrice Warren*

Counsel for Government/~~Defendat~~