IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| v. | §   4:12-cr-503 |
| JASON GANDY, | § |
| *Defendant* | § |

## NOTICE OF APPEARANCE

COMES NOW, Seth Kretzer, and files this Notice of Appearance for Defendant Gandy.

*/s/ Seth Kretzer*

_____

**SETH H. KRETZER**
SBN: 24043764

LAW OFFICES OF SETH KRETZER
440 Louisiana Street; Suite 1440
Houston, TX 77002

DIRECT: 713/775-3050
seth@kretzerfirm.com (email)

Attorney for Defendant Gandy

## CERTIFICATE OF SERVICE

I certify that on July 31, 2018, a copy of this document was served on all counsel of record through filing on the ECF System.

*/s/ Seth Kretzer*

_____

**SETH H. KRETZER**