United States District Court
Southern District of Texas
**ENTERED**
November 14, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-503 |
| | § | |
| JASON DANIEL GANDY | § | |

**O R D E R**

The government filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 186). The motion for continuance is GRANTED. The sentencing hearing is reset to **December 18, 2018 at 10:00 a.m.** Objections to the presentence report are due by December 3, 2018.

SIGNED on November 14, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge