**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States of
America

§
§
§
§
§
§
§
§
§
§
§
§
§

CA/(CR)NO. H-12-cr-503

**Lee H. Rosenthal**
Judge

versus

Jason Daniel Gandy

Lisa Eddins    N. Forrest
Case Manager   Court Reporter

Sentencing
Proceeding

**EXHIBIT LIST OF** _Court_

| No. | Description | Offr | Obj. | Admit | N/Adm |
|-----|-------------|------|------|-------|-------|
| 1 | Sealed FDC Records | | | 12/18/18 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |