IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § | |
| v. | § § | 4:12-cr-503 |
| JASON GANDY, | § § § § | |
| *Defendant* | § | |

## NOTICE OF APPEAL

COMES NOW, Seth Kretzer, and files this Notice of Appeal to the Fifth Circuit for Defendant Gandy.

*/s/ Seth Kretzer*

**SETH H. KRETZER**
SBN: 24043764

LAW OFFICES OF SETH KRETZER
440 Louisiana Street; Suite 1440
Houston, TX 77002

DIRECT: 713/775-3050
seth@kretzerfirm.com (email)

Attorney for Defendant Gandy

## CERTIFICATE OF SERVICE

I certify that on December 19, 2018, a copy of this document was served on all counsel of record through filing on the ECF System.

*/s/ Seth Kretzer*

**SETH H. KRETZER**