# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

April 25, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 18-20823   USA v. Jason Gandy  
                    USDC No. 4:12-CR-503-1

United States Courts  
Southern District of Texas  
FILED  
*April 25, 2019*  
David J. Bradley, Clerk of Court

The court has granted an extension of time to and including May 1, 2019 for filing appellant's/petitioner's brief in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____  
                      Casey A. Sullivan, Deputy Clerk  
                      504-310-7642

Mr. David J. Bradley  
Mr. Seth Kretzer  
Ms. Carmen Castillo Mitchell