| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

USA
v.
Gady

§
§
§  CASE NUMBER 4:12cr-503
§
§

Sealed Exhibits filed in Vault

_____
_____
_____
_____

**DOCUMENT IS:**

[✓]   LOOSE IN FILE

[ ]   IN VAULT SEALED

[✗]   IN BROWN EXPANDABLE FOLDER   In Vault

INSTRUMENT #_____