United States District Court
Southern District of Texas
**ENTERED**
May 13, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER H-12-503 |
| | § | |
| JASON DANIEL GANDY | § | |

## ORDER SETTING RESTITUTION

The Government's Request Regarding Restitution and Request for Amended Judgment, (Docket Entry No. 218), is in the interest of justice and supported by the record and the applicable law.

Restitution to Minor Victim #4 is set at $25,344.00. The restitution payments must be made to the Clerk of Court, U.S. District Court, Attention: Finance, P.O. Box 61010, Houston, TX 77208. The Clerk will make payments to the trust account of the representative for Minor Victim #4.

The judgment will reflect the restitution amount paid to Minor Victim #4 and the payment schedule.

SIGNED on May 10, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge