United States District Court
Southern District of Texas
**ENTERED**
May 29, 2019
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-12-3668 |
| | § | |
| **2005 C5500 CHEVROLET** | § | |
| **RECREATIONAL VEHICLE, ET** | § | |
| **AL,** | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT AND DISMISSING VERIFIED CLAIMS OF PETITIONER JASON GANDY

The Court has considered the United States' Motion for Summary Judgment Dismissing Petitioner Jason Gandy's Verified Claims to Property (Doc. 4) and has decided to grant the motion.

The Court finds that the United States has established a substantial connection between the following property and Petitioner Jason Gandy's criminal conduct for which he was convicted in *United States v. Jason Daniel Gandy*, 4:12-CR-503, (S.D. Tex. filed August 15, 2012):

1). a 2005 C5500 Chevrolet Recreational Vehicle (hereinafter "RV"), vehicle identification number 1GBE5U1E15F505062;

2). a 2012 Toyota Scion IQ, vehicle identification number JTNJJXB06CJ010887;

3). Real property located at Truxillo Street and Dowling Street, Houston, Texas; and

4). A Massage Therapist Verification, Credential Number MT023870, File No. 37235.

The Court further finds that these properties were used or intended to be used to commit or to facilitate the commission of a violation of Title 18, United States Code, Section 1591(a). The Court further finds that there is no genuine issue of material fact and that the United States is

entitled to a judgment as a matter of law. Upon consideration of the record, the evidence, and the applicable law, the Court decides as follows:

1. It is ORDERED that the United States Motion for Summary Judgment Dismissing Verified Claims Filed by Jason Gandy (Doc. 4) is GRANTED.

2. It is ORDERED that Jason Gandy's Verified Claims to Property (Doc. 4) are hereby DISMISSED with prejudice.

Signed on the 28th day of May, 2019.

LEE H. ROSENTHAL
Chief United States District Judge