UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USDC Case No. 4:12-cr-503-1 |
| | ) | |
| JASON DANIEL GANDY, | ) | |
| | ) | Hon. Lee H. Rosenthal |
| Defendant. | ) | Chief United States District Judge |

_____

## ORDER ON UNOPPOSED MOTION TO VIEW SEALED DOCUMENTS

After having reviewed the facts and legal issues surrounding Defendant's Unopposed Motion to View Sealed Documents, this Court hereby GRANTS the motion.

Signed on August 20, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge