UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JASON DANIEL GANDY, )<br>)<br>Defendant. )<br>_____ | <br><br><br><br>USDC Case No. 4:12-cr-503-1<br><br><br><br>Hon. Lee H. Rosenthal<br>Chief United States District Judge |

## MOTION TO WITHDRAW

D. Craig Hughes, counsel to Defendant, Jason Daniel Gandy, respectfully requests that the Court enter an order approving his withdrawal as counsel to the Defendant. Defendant Gandy has informed undersigned counsel that he has retained new counsel – who has filed a motion to appear *pro hac vice* and who has been added as an attorney in this case – and wishes to terminate undersigned counsel's representation.

Respectfully submitted at Houston, Texas on January 26, 2021.

LAW OFFICES OF D. CRAIG HUGHES

*D. Craig Hughes*
D. Craig Hughes
State Bar No. 10211025
Attorney for Defendant
7324 Southwest Freeway-Suite 1466
Houston, Texas 77074
713-535-0683 - Direct
713-510-1856 - Fax
dcraighughes@msn.com (email)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of January, 2021, I have electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Texas using the CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

*D. Craig Hughes*
D. Craig Hughes