United States District Court
Southern District of Texas
**ENTERED**
January 26, 2021
Nathan Ochsner, Clerk

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:12-cr-00503-1 |
|---|---|---|---|

| United States of America |
|---|
| *versus* |
| Jason Gandy |

United States Courts
Southern District of Texas
**FILED**
JAN 22 2021
Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Benson Weintraub<br>Brandon Sample PLC<br>PO BOX 250<br>Rutland, VT 05702<br>802-444-4357<br>FL Bar # 486418 |
|---|---|

| Name of party applicant seeks to appear for: | Jason Gandy |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1-22-21 | Signed: | /s/Benson Weintraub |
|---|---|---|

The FLORIDA state bar reports that the applicant's status is: member in good standing

| Dated: 1/22/2021 | Clerk's signature: *[signature]* |
|---|---|

**Order**

Dated: January 26, 2021

This lawyer is admitted *pro hac vice*.

*/s/ Lee H. Rosenthal*
United States District Judge