IN THE UNITED STATES DISTRICT COURT
FOR THE FIFTH CIRCUIT

| Jason Daniel Gandy (petitioner) pro se | No. 18-20823 |
| V. | No. 4:12-CR-503-1 |
| United States of America (Respondent) | Petitioners Affidavit/Request for Extension due to having Covid-1 |

Gandy (petitioner) hired Appellate Lawyer Hughes Approx. May '20. Hughes finally made a legal call to Gandy on Approx. 12-3-20. No Grounds had been worked on & newly discovered evidence prooving Actual Innocence was declared "Up to me" if it's included. After Hearing Hughes tell Gandy this After seven months patiently Waiting for results, GANDY fell ILL (sick). 1-12-21 Gandy diagnosed with Covid-19. Gandy Requests to proceed PRO SE.
⟨Please Send Proper 2255 Forms For Pro Se Filing⟩

1. How do I subpoena a phone call from BOP phone on 3-10-20 at 12:20pm? I Need this for 2255. The alibi witness prooves innocence

2. The 2nd Search Warrant of my Home was to see what was in the "Secret door" in the duplex. It was my Tax Box & I Need it back because it contains mitigating evidence to back up Alibi witness. Please send forms so I can motion to get Tax Box back.

3. How can I nicely ask my trial Judge to Recuse herself due to not ruling on my suppression Motions for so long & saying I hire & fire Lawyers after she let Dan & Nicole Quit. Then Flood quit while I was in suicide watch? Can I get Motion papers?

4. Please send Gandy Docket #68 & 69 (Flood quit) #98 Don Cogdell & Nicole DeBorde quit & #141 Judge says I hire & fire Lawyers she let Quit.

5. How can Gandy see "Sealed events"? Docket #46, 72, 74, 75, 76, 78, 79, 81, 82, 83, 84, 85, 88, 91, 92, 94, 97, 103, 136, 155, 183, 184, 185, 186, 187, 193, 194, 196, 197, 198, 199, & 212?

Sent
1-18-21 Monday
[signature]

This is me Jason Gandy from 7-20-18 (Ben Taub Hospital) & I did it again 5-13-19 & I feel this Unfair criminal Justice System Killed Christion Hernandez (died of suicide) & I Wonder How much More Unfair Criminal Justice pretend to Allow a Fair Defense System I can handle. Do y'all wont me 2 die?

Printed on 11/19/2020 09:57 AM

Page 1 of 1

Gandy, Jason          Scan on 7/20/2018 by Oubre, Carri R, ResidentMD



NAME: Jason Gandy 73006279
REG. NO. 73006279
QUARTERS: Creek B-103
FEDERAL ~~PRISON CAMP~~ I. Marianna
P.O. BOX ~~5006~~ 7007
MARIANNA, FL 32447-7006



7016 1970 0000 6050 6259

Nathan Ochsner, Clerk of Court
FEB 03 2021

1217 U.S. Courthouse
515 Rusk Avenue
Houston TX 77002

colored
2^pix
Near
prison
be f
a Exte