IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-12-503 |
| | § | CIVIL ACTION NO. H-21-662 |
| | § | |
| JASON GANDY, | § | |
| | § | |
| Defendant. | § | |

## ORDER TO RESPOND

The defendant has moved under 28 USC § 2255 to vacate his sentence. The United States must answer the motion by **May 3, 2021.**.

SIGNED on March 1, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge