# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JASON DANIEL GANDY, § | |
| *Defendant-Movant*, § | |
| § | Criminal No. 4:12-503-1 |
| v. § | (Civil No. 4:21-662) |
| § | |
| UNITED STATES OF AMERICA, § | |
| *Plaintiff-Respondent*. § | |

## ORDER

Upon motion of the United States and the Court being sufficiently advised, it is hereby ORDERED that the Government's Surreply and accompanying exhibits be sealed by the Clerk of the Court, and that only the Clerk of the Court and his designated deputies, the attorneys for the Government, and the defendant and his counsel shall have access to the same until further ordered by the Court.

SIGNED on June 2, 2021.

_Lee H. Rosenthal_

Lee H. Rosenthal
Chief United States District Judge