# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
|     Respondent, § | |
| § | CRIM. NO. 4:12-CR-503 |
| v. § | |
| § | CIVIL NO. 4:21-CV-662 |
| JASON DANIEL GANDY, § | |
|     Movant. § | |

## ORDER CONTINUING EVIDENTIARY HEARING

The United States' Unopposed Motion to Continue Evidentiary Hearing is GRANTED.

The evidentiary hearing previously scheduled for September 9, 2021, in this matter will be held on **November 10, 2021, at 10:30 a.m.** in **Courtroom 11-B** of the Bob Casey United States Courthouse.

The U.S. Attorney's Office shall ensure that Gandy is transported to this district in time to appear at this hearing.

SIGNED on August 20, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge