# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                            Case Number: 4:12−cr−00503

Jason Daniel Gandy

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Jason Daniel Gandy as set forth below.**

**Before the Honorable Lee H Rosenthal**

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/6/2021

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Evidentiary Hearing

Date: November 10, 2021                                            Nathan Ochsner, Clerk