IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | CR NO. H-12-503 |
| | § | |
| | § | **Lee H. Rosenthal** |
| versus | § | Judge |
| | § | |
| | § | Lisa Eddins     K. Miller |
| | § | Case Manager   Court Reporter |
| JASON DANIEL GANDY. | § | |

EVIDENTIARY HEARING
Proceeding

EXHIBIT LIST OF <u>GOVERNMENT</u>

| No. | Description | Offr | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| | LIST ATTACHED | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# EXHIBIT LIST

Case No. 4:12-CR-503
USA v. Gandy

| Exhibit No. | Brief Description of Exhibit | Offer | Object | Admit 12/6/21 |
|---|---|---|---|---|
| 1 | 6/9/14 Email - Subject: gandy | | | |
| 2 | 6/21/14 Email - Subject gandy w/ draft plea agreement | | | |
| 3 | Plea Agreement with handwritten notes | | | |
| 4 | 8/26/14 Email Thread– Subject Gandy plea set for 9/3 | | | |
| 5 | 8/27/14 C. Flood letter to Gandy | | | |
| 6 | 8/27/14 Notes | | | |
| 7 | 8/27/14 Email regarding Gandy plea demands | | | |
| 8 | 8/28/14 Email – Subject gandy w/draft plea agreement | | | |
| 9 | 8/28/14 Email thread– Subject gandy | | | |
| 10 | 8/29/14 Notes | | | |
| 11 | 8/29/14 Email – Subject Gandy w/ signature page | | | |
| 12 | 8/29/14 Email thread– Subject Gandy | | | |
| 13 | 8/29/14 Email thread– Subject Gandy discussing restitution | | | |
| 14 | 8/29/14 Email – Subject Gandy – w/ final draft plea agreement | | | |
| 15 | 8/29/14 Email – Subject here is the civil stuff that he will have to sign with Joint Motion for Agreed Final Judgment of Forfeiture | | | |
| 16 | 9/2/14 Email thread– Subject Parole | | | |
| 17 | 9/2/14 Email thread– Subject Jason | | | |
| 18 | 9/2/14 Email – Subject gandy w/ draft plea agreement sent to Julie Gandy | | | |
| 19 | 9/3/14 Email – Subject Jason | | | |
| 20 | 9/3-9/10 Email thread – Subject Jason's folder | | | |
| 21 | 9/10/14 Email – Subject Jason's decision | | | |
| 22 | 9/11/14 Email thread– Subject Gandy | | | |
| 23 | 9/11/14 Email thread– Subject Gandy | | | |
| 24 | 9/11/14 Email thread– Subject Gandy | | | |

| | | | | |
|---|---|---|---|---|
| 25 | 9/11-9/13/14 Email thread– Subject Jason | | | |
| 26 | Criminal Indictment | | | |
| 27 | Superseding Criminal Indictment | | | |
| 28 | Second Superseding Criminal Indictment | | | |
| 29 | Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody | | | |
| 30 | Memorandum of Law and Facts in Support of Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 | | | |
| 30-1 | Exhibit 1 – Plea Agreement | | | |
| 30-2 | Exhibit 2 – Declaration of Jason Gandy | | | |
| 30-3 | Exhibit 3 – Declaration of Julie Gandy | | | |
| 30-4 | Exhibit 4 – Declaration of Joe Gandy | | | |
| 31 | Affidavit(s) of Dan Cogdell and Charles Flood | | | |
| 31-A | Attorney/Client Privileged letter | | | |
| 31-B | Note dated 8/27/2014 | | | |
| 31-C | Email – Subject Jason's plea | | | |
| 31-D | Email – Subject gandy | | | |
| 31-E | Email – Subject Parole | | | |
| 31-F | Plea Agreement | | | |
| 32 | 8/5-8/8/14 Email thread – Subject Help with Jason's request | | | |
| 33 | 8/27-8/28/14 Email thread – Subject Jason's Plea | | | |
| 34 | 8/28/14 Email thread – Subject gandy | | | |