Case 4:12-cr-00503   Document 266   Filed on 12/09/21 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED

DEC 09 2021

Nathan Ochsner, Clerk of Court

To: United States Clerk.

My Case # 4:12-cr-00503
From: Jason Gandy

I want to file a appeal & Need to be assigned an appeals Lawyer.

I'm indigent & at Joe Corely Detention.

My Ineffective Counsel Brandon Somple told me to tell the truth & that is the #1 Reason this Appeal was pointless. I had a completed Appeal by Dallas Craig Hughes I wanted Brandon to make better & Add more grounds. Instead he made this "Failure To Explain" Ground at the last minute & left out the grounds I felt were better. I Actually wrote a letter to Judge Rosenthal explaining all of this & the mail department never sent it out.

Feel free to call my Step mom Julie Gandy 713-398-6095 & mail me back ASAP due to Judge Rosenthal's 14 day deadline given 12-6-21.

Thank you, JASON GANDY 73006279

12-7-21

Jason Canady #73006274
500 Hilbig Rd
Conroe TX 77301

Joe Corley Detention Center, Houston TX 773

THIS MAIL IS CORRESPONDENCE
FROM A DETAINEE AT THE
JOE CORLEY PROCESSING CENTER

This is Legal Mail
Has not been inspected

TO: Federal Court House Attn: Clerks office
515 Rusk St.
Houston TX 77002

Legal

United States
Southern District
FILED
DEC 09
Nathan Ochsner,

Legal