Dear Clerk of the Court of U.S.,

My info. is: Cimarron Correctional Facility, David Clark 45577509 AN 240, 3200 S. Kings Hwy, Cushing, OK 74023.

I am helping an inmate, Jason D. Gandy 73006279 since he told me that he has written you but got no response. He wants to file ineffective assistance of counsel on Brandon Sample who filed incorrect ground, failure to communicate and problems with the prison mail system. Further evidence shows that Dallas Craig Hughes had a good ground that Mr. Gandy approved of. However Gandy was disappointed that no additional grounds were used. Brandon Sample refused Mr. Gandy's request to keep Hughes's ground and to add additional grounds. When Gandy found out that Mr. Sample refused to use his grounds and instead made a ground Gandy did not want, he mailed a letter to Judge Rosenthal (witness Steward Kidwell and others) which never got sent by the Marianna Florida prison mail department and instead returned to Mr. Gandy 2 weeks later, after the deadline for the 2255. I am a jailhouse lawyer and use (David L. Owen) 303-993-7092 for a faster response to help Mr. Gandy in case there is a deadline. Also Mr. Gandy's mom info. is: Julie Gandy 713-398-6095 and Jason Gandy's email is jgandy79@gmail.com. Thank You,

God Bless,

X ✗_____

Jason Gandy 73006279 1-30-22

David Clark ✗David Clark witness

Dated: 1-30-2022

Please Allow me to be granted a new 2255 Appeal on grounds I Approve of.

Jason Gady #735006217
Cimarron Correctional Facility
3200 South Kings Hwy
Cushing, OK 74023

SPECIAL
MAIL

CONFIDENTIAL

United States Courts
Southern District of Texas
FILED
FEB 07 2022
Nathan Ochsner, Clerk of Court

U.S. District Court
515 Rusk St.
Houston, TX 77002

77002-260099