IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,           )

v.                                  )           Case No. 4:12-cr-00503

JASON DANIEL GANDY.                 )

## MOTION TO WITHDRAW AS COUNSEL

Attorney Brandon Sample and Brandon Sample PLC respectfully move to withdraw as counsel for Jason Gandy. In light of two recent submissions by Mr. Gandy to the Court (ECF 266 & 269) and the fact that Mr. Sample and his Firm appeared only as § 2255 counsel, the Court should permit withdrawal of Mr. Sample and his Firm.

Respectfully submitted,

/s/ Brandon Sample
Brandon Sample
**Brandon Sample PLC**
1701 Pennsylvania Ave. N.W.
Washington, DC 20006
Phone: (202) 990-2500
Fax:    (202) 990-2600
Email: brandon@brandonsample.com
https://brandonsample.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 10th day of February 2022, via CM/ECF on all counsel of record.

/s/ Brandon Sample
Brandon Sample